UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| UNITED STATES OF AMERICA | | * | CRIMINAL NO. 24-CR-00115 |
| --- | --- | --- | --- |
| | | * | |
| VERSUS | | * | |
| | | * | JUDGE FOOTE |
| JAWORSKI BATTON | (02) | * | |
| CODY GIBSON | (04) | * | MAGISTRATE JUDGE HORNSBY |

**NOTICE OF INTENT TO INTRODUCE CERTIFIED RECORDS
GENERATED BY AN ELECTRONIC PROCESS OR SYSTEM**

NOW INTO COURT, through the undersigned Assistant United States Attorneys, come the United States of America, who hereby gives notice of the government's intent to introduce into evidence at the trial of the captioned case, certified records generated by an electronic process or system that meet the requirements of Rule 902(11), (13), and (14) of the Federal Rules of Evidence, as shown by a sworn certification of the qualified person, namely:

In compliance with the Federal Rules of Evidence attached to this filing as Government Exhibit 1, is the affidavit Nicole Montelli, Compliance Analyst, Global Legal Demand Center for Verizon attesting to the authenticity of wireless communications to be presented in the above-captioned case. The wireless communications to be presented at trial are identified and authenticated based on digital signatures and hash values which have been verified as being intact for the following telephone numbers: (318)579-0693, (225) 317-4135 and (318) 224-3133. The

Government previously provided digital copies of these communications to defense counsel during the discovery process.

Respectfully submitted,

ALEXANDER VAN HOOK
United States Attorney

By:     /s/ J. Aaron Crawford
         J. Aaron Crawford, #31682
         William Gaskins, #35786
         Assistant United States Attorneys
         300 Fannin Street, Suite 3021
         Shreveport, Louisiana 71101
         (318) 676-3600

## **CERTIFICATE**

I certify that on March 21, 2024, a copy of the above and foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

By:     ***/s/ J. Aaron Crawford***
J. Aaron Crawford
Assistant United States Attorney

/s/ William Gaskins
William Gaskins
Assistant United States Attorney