UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 5:24-CR-00115** |
| **VERSUS** | **JUDGE ELIZABETH E. FOOTE** |
| **JAWORSKI BATTON (02)** <br> **CODY GIBSON (04)** | **MAGISTRATE JUDGE HORNSBY** |

**MINUTES OF COURT:**
Trial – Day 2

| | | | |
|---|---|---|---|
| Date: | April 15, 2025 | Presiding: | Judge Elizabeth E. Foote |
| Court Opened: | 9:30 a.m. | Courtroom Deputy: | Robin Enkey |
| Court Adjourned: | 4:30 p.m. | Court Reporter: | Beth Delatte |
| Statistical Time: | 6:15 | Courtroom: | CR2 |

## APPEARANCES

| | | |
|---|---|---|
| John Aaron Crawford (AUSA) | For | United States of America |
| William Gaskins (AUSA) | For | United States of America |
| | | |
| Keith Thomas Whiddon (RET) | For | Jaworski Batton (02) |
| Jaworski Batton (02) | | Defendant (LOCATION CUSTODY) |
| | | |
| Douglas Lee Harville (CJA) | For | Cody Gibson (04) |
| Cody Gibson (04) | | Defendant (LOCATION CUSTODY) |

## PROCEEDINGS

DEFENDANTS PRESENT
WITNESSES SEQUESTERED
TESTIMONY AND EVIDENCE FOR THE GOVERNMENT RESUMED AND CONCLUDED
GOVERNMENT RESTS
DEFENDANTS REST
NO REBUTTAL TESTIMONY BY GOVERNMENT
JURY INSTRUCTED
CASE ARGUED

**COMMENTS/RULINGS:**

The Government resumed its case-in-chief.

A secondary charge conference was held outside the presence of the jury. Neither party objected to the Court's proffered draft of the jury instructions.

The Government rests its case-in-chief.

For reasons orally stated, the Court **DENIED** the Defendant, Jaworski Batton's (02), **ORAL MOTION** for Judgment of Acquittal under Rule 29 as to Count 1 and Count 4 of the Indictment. Defendant's objection is noted for the record.

For reasons orally stated, the Court **DENIED** the Defendant, Cody Gibson's (04), **ORAL MOTION** for Judgment of Acquittal under Rule 29 as to Count 1 and Count 6 of the Indictment. Defendant's objection is noted for the record.

The Defendants rest their case-in-chief.

The Government did not present a rebuttal case.

Defendants, Jaworski Batton (02) and Cody Gibson (04) re-urged their **ORAL MOTIONs** for Judgment of Acquittal under Rule 29 as to Count 1 and Count 4 and Count 1 and Count 6 of the Indictment.  For reasons previously stated, the Court **DENIED** the Defendants' **ORAL MOTIONs** for Judgment of Acquittal under Rule 29 as to Count 1 and Count 4, and Count 1 and Count 6, of the Indictment.  Defendants' objections are noted for the record.

The instructions and verdict form were read to the jury.

The Government and Defendants provided closing arguments.

The jury was dismissed at 4:15 p.m. and ordered to return on Wednesday, April 16, 2025, by 9:00 a.m.

Court adjourned at 4:30 p.m. and counsel was ordered to return to the courtroom by 8:45 a.m. on Wednesday, April 16, 2025.